UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LATASHA LEE, O.B.O. R.L. | CIVIL ACTION NO. 11-0910 |
| versus | JUDGE S. MAURICE HICKS, JR. |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **AFFIRMED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 21st day of February, 2013.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE